170 A.3d 294

DESHAZOR, Lester Edward, Jr.

v.

STATE of Maryland

Pet. Docket No. 213, Sept. Term, 2017

Court of Appeals of Maryland.

September 22, 2017

Opinion of the Court of Special Appeals unreported (No. 355, Sept.Term, 2016).

Petition for writ of certiorari dismissed

170 A.3d 294

EL–BEY

v.

DYSON

Pet. Docket No. 214, Sept. Term, 2017

Court of Appeals of Maryland.

September 22, 2017

Dismissed by the Court of Special Appeals (No. 2130, Sept.Term, 2016).

Petition for writ of certiorari dismissed